

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

FEB 1 2006

Matthew D. Manahan
Pierce Atwood, LLP
One Monument Square
Portland, ME 04101

Dear Mr. Manahan:

This is in response to your letter of December 19, 2005, submitting on behalf of the Ponderay Newsprint Company a request for hearing and proposed alternative conditions and prescriptions in regard to the Box Canyon Hydroelectric Project (FERC No. 2042). According to 43 C.F.R. § 45.1(d), the Department's regulations governing requests for hearings and submissions of alternatives apply only to license proceedings in which the Federal Energy Regulatory Commission (Commission) had not issued a license as of November 17, 2005, the day the regulations were published in the Federal Register. As you are aware, the Commission issued a license for the Box Canyon project on July 11, 2005, more than four months before the regulations were published. Accordingly, the regulations are not applicable to the Box Canyon license proceeding, and Ponderay Newsprint Company's request for hearing and proposed alternatives are rejected.

Sincerely,

Willie R. Taylor,
Director, Office of Environmental
Policy and Compliance

cc: Glen Nenema, Chairman, Kalispel Tribe of Indians
    Brett Swift, Deputy Director, American Rivers

RECEIVED

FEB - 6 2006

MATTHEW D. MANAHAN