UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PONDERAY NEWSPRINT COMPANY )<br>422767 State Route 20 )<br>Usk, WA  99180 )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br>  )<br>  Defendant )<br>_____) | Civil Action No. ____ |

## **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Ponderay Newsprint Company, certify that tot he best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Ponderay Newsprint Company, which have any outstanding securities in the hands of the public: Bowater Inc.; Gannett Company, Inc.; Knight Ridder, Inc.; and McClatchey Newspapers, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: April 26, 2006                    Respectfully submitted,

                                         _____
                                         Margaret M. O'Keefe (D.C. Bar No. 448778)
                                         mokeefe@pierceatwood.com
                                         Eric J. Wycoff (D.C. Bar No. 469939)
                                         ewycoff@pierceatwood.com
                                         PIERCE ATWOOD LLP
                                         One Monument Square
                                         Portland, ME  04101
                                         (207) 791-1100 (telephone)
                                         (207) 791-1350 (facsimile)

                                         Attorneys for Plaintiff

{W0476834.1}