UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PONDERAY NEWSPRINT COMPANY )<br>422767 State Route 20 )<br>Usk, WA 99180 )<br>          )<br>          Plaintiff, )<br>          )<br>v.        ) | **APPEARANCE**<br><br>Civil Action No. _____ |
| UNITED STATES DEPARTMENT OF )<br>THE INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>          )<br>          Defendant ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric J. Wycoff as counsel in this case for: Ponderay Newsprint Company.

Dated: April 26, 2006                    Respectfully submitted,

                              _____
                              Eric J. Wycoff (D.C. Bar No. 469939)
                              ewycoff@pierceatwood.com
                              PIERCE ATWOOD LLP
                              One Monument Square
                              Portland, ME 04101
                              (207) 791-1100 (telephone)
                              (207) 791-1350 (facsimile)

                              Attorney for Plaintiff

{W0484671.1}