UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PONDERAY NEWSPRINT COMPANY )<br>422767 State Route 20 )<br>Usk, WA  99180 )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br>)<br>           Defendant )<br>_____) | Civil Action No.<br>1:06-cv-00768-RMC |

**UNOPPOSED MOTION TO CONSOLIDATE AND TO MODIFY BRIEFING SCHEDULE**

Plaintiff, Ponderay Newsprint Company ("PNC"), pursuant to Federal Rule of Civil Procedure 42(a) hereby moves this Court to consolidate this case with *Public Utility District No. 1 of Pend Oreille County, Washington v. United States Department of the Interior,* Civil Action No. 1:06-cv-00365-RMC, currently pending before this Court, and for such other relief as described below.  This Motion is not opposed by the parties to either action, Defendant, the United States Department of the Interior ("DOI"), or Public Utility District No. 1 of Pend Oreille County, Washington ("PUD"), the plaintiff in Civil Action No. 1:06-cv-00365-RMC.  In support of this Motion, Plaintiff PNC states as follows:

1. On March 1, 2006, in Civil Action No. 1:06-cv-00365-RMC, the Public Utility District No. 1 of Pend Oreille County, Washington ("PUD"), filed a Complaint against the DOI in this Court, in which it alleged that the DOI violated recently-enacted legislation and due process with respect to conditions that the DOI specified for inclusion in the Box Canyon Hydroelectric Project license issued to Public Utility District No. of Pend Oreille County, Washington.

2. On April 27, 2006, Plaintiff PNC filed a Complaint against the DOI in this Court also alleging that the DOI violated recently-enacted legislation and due process with respect to conditions that the DOI specified for inclusion in the Box Canyon Hydroelectric Project license issued to Public Utility District No. 1 of Pend Oreille County, Washington.

3. The Defendant was served with Plaintiff's Complaint on May 12, 2006.

4. The Defendant has not yet filed a response, for purposes of Rule 12 of the Federal Rules of Civil Procedure, to Plaintiff's Complaint.

5. On May 8, 2006, the DOI filed a Motion to Dismiss the PUD's Complaint in *Public Utility District No. 1 of Pend Oreille County, Washington v. United States Department of the Interior,* Civil Action No. 1:06-cv-00365-RMC. On May 30, the PUD filed a brief in opposition. Defendant's reply brief is due June 13, 2006, in accordance with this Court's minute entry of May 31, 2006.

6. Both this action, and the action filed by the PUD in Civil Action No. 1:06-cv-00365-RMC, involve common questions of law and fact.

7. For purposes of judicial economy, Plaintiff hereby moves this Court to consolidate this action with Civil Action No. 1:06-cv-00365-RMC, to modify the briefing schedule already established in Civil Action No. 1:06-cv-00365-RMC, and for such other relief as specified in the attached Proposed Order.

8. As reflected in the proposed briefing schedule, the thrust of this motion is to coordinate the briefing: Defendant's Motion to Dismiss would be deemed its response to PNC's Complaint for purposes of Federal Rule of Civil Procedure 12; Plaintiff PNC would file an opposition; Defendant would file one reply in support of the motion to dismiss responding to the arguments of the plaintiffs in both consolidated actions; and the Court would issue one ruling

applicable to both. In this manner, all parties would avoid duplicative pleadings and briefing, and the Court may examine the issues in one unified package of briefing.

Dated: June 8, 2006

Respectfully submitted,

/s/ Eric J. Wycoff
_____
Margaret M. O'Keefe (D.C. Bar No. 448778)
mokeefe@pierceatwood.com
Eric J. Wycoff (D.C. Bar No. 469939)
ewycoff@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100 (telephone)
(207) 791-1350 (facsimile)

Attorneys for Plaintiff Ponderay Newsprint Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PONDERAY NEWSPRINT COMPANY<br>422767 State Route 20<br>Usk, WA  99180<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>            Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:06-cv-00768-RMC<br><br>**[PROPOSED]**<br>**ORDER** |

Upon review of Plaintiff, Ponderay Newsprint Company's ("PNC") Unopposed Motion to Consolidate and to Modify Briefing Schedule, the Court hereby **ORDERS** that:

1. Plaintiff's Unopposed Motion to Consolidate and to Modify Briefing Schedule is **GRANTED;**

2. Civil Action No. 1:06-cv-00768-RMC is consolidated with Civil Action No. 1:06-cv-00365-RMC for all purposes;

3. Defendant, United States Department of the Interior's ("DOI") motion to dismiss, currently pending in Civil Action No. 1:06-cv-00365-RMC, is deemed to have also been filed against Plaintiff PNC and to be the DOI's response to PNC's Complaint in Civil Action No. 1:06-cv-00768-RMC, for purposes of Rule 12 of the Federal Rules of Civil Procedure;

4. Plaintiff, PNC, shall file its Opposition to the DOI's motion to dismiss by July 5, 2006;

{W0519103.1}

5.  Defendant may file a Reply to both the Opposition of Public Utility District No. 1 of Pend Oreille County, Washington ("PUD"), and the Opposition of PNC, by <u>August 4, 2006</u>, which unified Reply to both Oppositions shall be no longer than 40 pages in length;

6.  Defendant shall have until 30 days after any ruling on its currently pending motion to dismiss to answer the PUD's Complaint and PNC's Complaint if needed; and

7.  Defendant may make a further motion to dismiss against PNC's Complaint on grounds other than those raised in its currently pending Motion to Dismiss.

Dated: _____

                                              Rosemary M. Collier, Judge
                                              United States District Court

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

I hereby certify that on the 8th day of June, 2006, I served a copy of the foregoing Unopposed Motion to Consolidate and Modify Briefing Schedule, by first-class U.S. Mail, postage prepaid, as follows:

John S. Most, Esq.
Department of Justice
P.O. Box 663
Washington, DC  20044-0663

/s/ Eric J.Wycoff_____
Eric J. Wycoff

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
ewycoff@pierceatwood.com

{W0519103.1}