**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PONDERAY NEWSPRINT COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR, )<br>)<br>Defendant )<br>_____) | Civil Action No.<br>1:06-cv-00768-RMC |

**NOTICE OF APPEARANCE**

Notice is hereby given that John S. Most enters his appearance as counsel of record for the defendant, United States Department of the Interior.  Service of all filings should occur via ECF filing at the email address appearing below in the signature block, or by means of United States mail, addressed as follows:

> John S. Most
> Natural Resources Section
> Environment & Natural Resources Division
> United States Department of Justice
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 616-3353, Fax  (202) 305-0274

Express deliveries (e.g., Federal Express) should be addressed as follows:

601 D Street, N.W., Room 3536
Washington, D.C. 20004

Dated: June 12, 2006                Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division


          /S/  JOHN S. MOST
JOHN S. MOST, Virginia Bar #27176
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
601 D Street N.W., Room 3536
Washington, D. C.  20004
(202) 616-3353, (202) 305-0274 (fax)
Email: John.Most@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2006, copies of the foregoing *Notice of Appearance* were served by electronic filing on the following individuals at the email addresses indicated:

Eric J. Wycoff
Ewycoff@PierceAtwood.com

Margaret M. O'Keefe
Mokeefe@PierceAtwood.com

      /S/   JOHN S. MOST
      JOHN S. MOST