UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | Civil Action No. 1:06-cv-00365-RMC |
| PONDERAY NEWSPRINT COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | Civil Action No. 1:06-cv-00768-RMC |

## AMENDED JOINT MOTION TO CONSOLIDATE AND TO MODIFY BRIEFING SCHEDULE

Ponderay Newsprint Company ("PNC"), the United States Department of the Interior ("DOI"), Public Utility District No. 1 of Pend Oreille County, Washington ("PUD"), and the Kalispel Tribe of Indians ("the Tribe"), pursuant to Federal Rule of Civil Procedure 42(a) hereby jointly move this Court to consolidate *Ponderay Newsprint Company v. United States Department of the Interior,* Civil Action No. 1:06-cv-00768-RMC (the "PNC Action"), with *Public Utility District No. 1 of Pend Oreille County, Washington v. United States Department of the Interior,* Civil Action No. 1:06-cv-00365-RMC (the "PUD Action"), currently pending before this Court, and for such other relief as described below. This Amended Joint Motion supersedes the Unopposed Motion to Consolidate and to Modify Briefing Schedule filed in the PNC Action on June 8, 2006. In support of this Motion, PNC, PUD, the DOI, and the Tribe state as follows:

{W0525088.1}

1. On March 1, 2006, in Civil Action No. 1:06-cv-00365-RMC, PUD filed a Complaint against the DOI in this Court, in which it alleged that the DOI violated recently-enacted legislation and due process with respect to conditions that the DOI specified for inclusion in the Box Canyon Hydroelectric Project license issued to PUD.

2. On April 27, 2006, PNC filed a Complaint in the PNC Action against the DOI also alleging that the DOI violated recently-enacted legislation and due process with respect to these same conditions. The DOI was served with PNC's Complaint on May 12, 2006, but has not yet filed a response, for purposes of Rule 12 of the Federal Rules of Civil Procedure, to PNC's Complaint.

3. On May 8, 2006, the DOI filed a Motion to Dismiss PUD's Complaint in the PUD Action. On May 30, PUD filed a brief in opposition. Defendant's reply brief was to be due June 13, 2006, in accordance with this Court's minute entry of May 31, 2006.

4. On May 8, 2006, the Tribe filed an unopposed motion to intervene in the PUD Action, and also moved to dismiss PUD's Complaint. On May 30, PUD filed a brief in opposition. The Tribe's reply was set to be due on June 13, 2006, in accordance with this Court's minute entry of May 31, 2006.

5. The PNC Action and the PUD Action involve common questions of law and fact.

6. For purposes of judicial economy, PNC, PUD, the DOI and the Tribe jointly move this Court to consolidate the PNC Action and the PUD Action, to modify the briefing schedule already established in the PUD Action, and for such other relief as specified in the attached Proposed Order.

7. As reflected in the proposed briefing schedule, the thrust of this motion is to coordinate the briefing for both complaints: the DOI's Motion to Dismiss would be deemed its response to both the PNC's Complaint and the PUD's complaint for purposes of Federal Rule of

Civil Procedure 12; the Tribe's Motion to Intervene would be deemed to apply to both the PNC Complaint and the PUD Complaint; the Tribe's Motion to Dismiss would be deemed its response to both PNC's Complaint and PUD's complaint for purposes of Rule 12; PNC would file an opposition to the DOI's Motion to Dismiss and the Tribe's Motion to Dismiss by July 5, 2006; both the DOI and the Tribe would each file one reply by August 4, 2006, not to exceed 40 pages, in support of their respective pending motions, responding to the arguments of the plaintiffs in both consolidated actions; and the Court would issue one ruling with respect to the pending motions. In this manner, PNC, PUD, the DOI, and the Tribe would avoid duplicative pleadings and briefing, and the Court may examine the issues in one unified package of briefing.

Dated: June 15, 2006

Respectfully submitted,

/s/ Eric J. Wycoff
Margaret M. O'Keefe (D.C. Bar No. 448778)
mokeefe@pierceatwood.com
Eric J. Wycoff (D.C. Bar No. 469939)
ewycoff@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100 (telephone)
(207) 791-1350 (facsimile)

*Attorneys for Plaintiff Ponderay Newsprint Company*

/s/ James B. Vasile
James B. Vasile (D.C. Bar No. 205591)
jimvasile@dwt.com
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC  20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)

*Attorneys for Plaintiff Public Utility District No. 1 of Pend Oreille County, Washington*

/s/ John S. Most
John S. Most
john.most@usdoj.gov
Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC  20044-0663
(202) 616-3353 (telephone)
(202) 305-0274 (facsimile)

*Attorney for Defendant United States Department of the Interior*

/s/ Riyaz A. Kanji
Riyaz A. Kanji (D.C. Bar No. 455165)
rkanji@kanjikatzen.com
Kanji & Katzen, PLLC
101 N. Main Street, Suite 555
Ann Arbor, MI 48104
734-769-5400 (telephone)
734-769-2701 (facsimile)

*Attorneys for the Kalispel Tribe of Indians*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Civil Action No. 1:06-cv-00365-RMC |
| PONDERAY NEWSPRINT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Civil Action No. 1:06-cv-00768-RMC |

**[PROPOSED] ORDER**

Upon review of the Amended Joint Motion to Consolidate and to Modify Briefing Schedule, filed by Ponderay Newsprint Company ("PNC"), the United States Department of the Interior ("DOI"), Public Utility District No. 1 of Pend Oreille County, Washington ("PUD"), and the Kalispel Tribe of Indians ("the Tribe"), currently pending before this Court, the Court hereby **ORDERS** that:

  1.  The Amended Joint Motion to Consolidate and to Modify Briefing Schedule is **GRANTED;**

  2.  Civil Action No. 1:06-cv-00768-RMC ("the PNC Action") is consolidated with Civil Action No. 1:06-cv-00365-RMC ("the PUD Action") for all purposes;

{W0525088.1}

3. The DOI's motion to dismiss, currently pending in the PUD Action is deemed to have also been filed against both PNC and PUD, and to be the DOI's response to PNC's Complaint and PUD's Complaint, for purposes of Rule 12 of the Federal Rules of Civil Procedure;

4. Applicant for Intervention, the Kalispel Tribe of Indians' ("the Tribe") motion to intervene, currently pending in the PUD Action, is deemed to have also been filed with respect to both the PNC action and the PUD action;

5. The Tribe's motion to dismiss, currently pending in the PUD Action, is deemed to have also been filed against both PNC and PUD, and to be the Tribe's response to PNC's Complaint and PUD's complaint for purposes of Rule 12 of the Federal Rules of Civil Procedure;

6. PNC, shall file its Opposition to the DOI's motion to dismiss, and its Opposition to the Tribe's motion to dismiss, by July 5, 2006;

7. Both the DOI and the Tribe may each file their respective Reply to both PUD's Opposition and to PNC's Opposition, by August 4, 2006, and each respective unified Reply to both Oppositions shall be no longer than 40 pages in length; and

8. Both the DOI and the Tribe shall have until 30 days after any ruling on each of their respective currently pending motions to dismiss to answer PUD's Complaint and PNC's Complaint if needed.

Dated: _____          _____
                                      Rosemary M. Collier, Judge
                                      United States District Court

{W0525088.1}

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

I hereby certify that on the 15th day of June, 2006, copies of the foregoing Amended Joint Motion to Consolidate and Modify Briefing Schedule, were served by electronic filing on the following:

John S. Most, Esq.
john.most@usdoj.gov
Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC  20044-0663
(202) 616-3353 (telephone)
(202) 305-0274 (facsimile)

James B. Vasile, Esq.
jimvasile@dwt.com
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC  20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)

Riyaz A. Kanji, Esq.
rkanji@kanjikatzen.com
Kanji & Katzen, PLLC
101 N. Main Street, Suite 555
Ann Arbor, MI 48104
734-769-5400 (telephone)
734-769-2701 (facsimile)

/s/ Eric J.Wycoff
Eric J. Wycoff

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
ewycoff@pierceatwood.com

{W0525088.1}